CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 2 6 2018

JULIA C. DUDLEY, CLERK
BY: H. Beeson
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | |
|---|---|
| WILSON TROY GODFREY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 7:16cv580 |
| v. ) | |
| ) | |
| NANCY A. BERRYHILL, ) | By: Michael F. Urbanski |
| Commissioner of Social Security, ) | Chief United States District Judge |
| ) | |
| Defendant. ) | |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion entered this date, plaintiff's motion for summary judgment (ECF No. 14) is **DENIED**, the Commissioner's motion for summary judgment (ECF No. 18) is **GRANTED**, the report and recommendation (ECF No. 23) is **ADOPTED in its entirety**, plaintiff's objections (ECF No. 24) are **OVERRULED**, the Commissioner's decision is **AFFIRMED**, and this matter is **DISMISSED** and **STRICKEN** from the active docket of the court.

It is **SO ORDERED**.

Entered: March 26, 2018

/s/ Michael F. Urbanski

Michael F. Urbanski
Chief United States District Judge